**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)         Case Number **14–50461–thf**

Judge **Thomas H. Fulton**

| |
|---|
| **UNITED STATES BANKRUPTCY COURT Western District of Kentucky** |

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 6/23/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Bridgett R. Washer
285 Whitlow Lane
Almo, KY 42020

| Case Number:<br>14–50461–thf | Social Security / Individual Taxpayer ID / Employer Tax ID / Other Nos.:<br>xxx–xx–9749 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Steve Vidmer<br>309A North 4th St<br>Murray, KY 42071<br>Telephone number:  270–753–1752 | Bankruptcy Trustee (name and address):<br>Deborah B. Simon<br>U.S. Bank Building<br>333 Broadway, Suite 607<br>Paducah, KY 42001–0720<br>Telephone number:  (270) 443–0340 |

## Meeting of Creditors

Date:  **August 7, 2014**                                     Time:  **09:00 AM**
Location:  **Federal Building, 5th & Broadway, Paducah, KY 42001**
**This case may be dismissed without further notice for failure to attend this meeting.**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 10/6/14**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>450 U.S. Courthouse<br>601 W. Broadway<br>Louisville, KY 40202<br>Telephone number:  502–627–5700 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Diane S. Robl |
|---|---|
| Hours Open:  Monday – Friday 8:30 AM – 4:30 PM | Date:  6/24/14 |

**EXPLANATIONS**                                                      B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeablilty of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## Refer to Other Side for Important Deadlines and Notices

1. This case may be dismissed without further notice if the schedules are not filed within 14 days from the date the petition was filed.
2. All property of the estate will be deemed abandoned upon the filing of the report of No Distribution (normally at 341 meetings.) The last day for filing an objection to abandonment of property will be 30 days from the 341 meeting date. No property will be deemed abandoned if an objection is filed or notice of assets is given by the Clerk. A motion shall be filed pursuant to local Rule 6007–1(b) should assets exist in the case.

All persons entering the courthouse will be required to present photo ID.

United States Bankruptcy Court
Western District of Kentucky

In re:                                                                     Case No. 14-50461-thf
Bridgett R. Washer                                                         Chapter 7
        Debtor                          **CERTIFICATE OF NOTICE**

District/off: 0644-5          User: aclementi        Page 1 of 3           Date Rcvd: Jun 24, 2014
                              Form ID: 205            Total Noticed: 78


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2014.
db          +Bridgett R. Washer,   285 Whitlow Lane,   Almo, KY 42020-9422
5514429     +AT&T Wireless,   PO Box 1259,   Department 98696,   Oaks, PA 19456-1259
5514423     +Allied Consumer Service Department,   PO Box 5023,   New York, NY 10163-5023
5514426      American Coradius International LLC,   2420 Sweet Home Road,   Suite 150,
             Buffalo, NY 14228-2244
5514428     +Annies Creative Girls Club,   PO Box 8000,   Big Sandy, TX 75755-8000
5514430      Avon Products Inc.,   PO Box 94223,   Palatine, IL 60094-4223
5514431     +Bay Area Credit,   PO Box 467600,   Atlanta, GA 31146-7600
5514432      Bill Me Later,   PO Box 105658,   Atlanta, GA 30348-5658
5514438     +CBE Group,   1309 Technology Pkwy,   Cedar Falls, IA 50613-6976
5514437      CashYes,   PO Box 1469,   Belize City, Belize C.A.
5514439      Children's BOMC,   PO Box 916400,   Rantoul, IL 61866-6400
5514440     +Columbia House DVD Club,   PO BOx 15630,   Department 02,   Wilmington, DE 19850-5630
5514442      Credit Bureau Systems,   100 Fulton Court,   P.O. Box 9200,   Paducah, KY 42002-9200
5514445      Dish Network,   PO Box 94063,   Palatine, IL 60094-4063
5514446      DoubleDay Book Club,   PO Box 6326,   Harlan, IA 51593-1826
5514449     +Figis,   3200 South Central Avenue,   Marshfield, WI 54404-0002
5514456      Gemb/walmart,   Po Box 965024,   El Paso, TX 79998
5514458      Home Style Books,   PO Box 6326,   Harlan, IA 51593-1826
5514461     +Jody Gibbs,   285 Whitlow Lane,   Almo, KY 42020-9422
5514462     +Kabbage Inc.,   PO Box 77073,   Atlanta, GA 30357-1073
5514463     +Kentucky Department of Education,   PO Box 740351,   Atlanta, GA 30374-0351
5514465      Literary Guild Select,   Po Box 6326,   Harlan, IA 51593-1826
5514470      Masseys,   PO Box 32006,   Birmingham, AL 35222-1308
5514472      Montgomery Ward,   3560 Milwaukee Street,   Madison, WI 53714
5514473      Murray Calloway Co Hospital,   PO Box 22248,   Louisville, KY 40252-0248
5514475      Personal Finance,   1701B St. Rt. 121 N,   PO Box 1864,   Murray, KY 42071
5514476      Professional Recovery Consultants Inc.,   PO Box 51187,   Durham, NC 27717-1187
5514477      Publisher's Clearing House,   PO Box 400808,   Des Moines, IA 50340
5514478     +Racers Emergency Physicians,   PO Box 37787,   Philadelphia, PA 19101-5087
5514479      Receivables Performance Management,   PO Box 41746,   Phoenix, AZ 85080-1746
5514481      Stamps.com,   1990 East Grand Avenue,   El Segundo, CA 90245-5013
5514482     +The Good Cook,   PO Box 6326,   Harlan, IA 51593-1826
5514484     +Trac/cbsd,   Po Box 6497,   Sioux Falls, SD 57117-6497
5514483     +Trac/cbsd,   Po Box 6500,   Sioux Falls, SD 57117-6500
5514488     +United Consumer Financial Services,   865 Bassett,   Westlake, OH 44145-1194
5514487     +United Consumer Financial Services,   865 Bassett Rd,   Westlake, OH 44145-1194
5514490     ++VANDERBILT MORTGAGE AND FINANCE INC,   P O BOX 9800,   MARYVILLE TN 37802-9800
             (address filed with court: Vanderbilt Mortgage,   500 Alcoa Trl,   Maryville, TN 37804)
5514489     +Vanderbilt Mortgage,   Attn: Bankruptcy Dept,   P.O. Box 9800,   Maryville, TN 37802-9800
5514491     +Weisfield Jewelers/Sterling Jewelers Inc,   Attn: Bankruptcy,   Po Box 3680,
             Akron, OH 44309-3680
5514492     +Weisfield Jewelers/Sterling Jewelers Inc,   375 Ghent Rd,   Fairlawn, OH 44333-4601


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: svidmerbr@gmail.com Jun 24 2014 19:03:49    Steve Vidmer,   309A North 4th St,
             Murray, KY  42071
tr           EDI: QDBSIMON.COM Jun 24 2014 19:08:00    Deborah B. Simon,   U.S. Bank Building,
             333 Broadway, Suite 607,   Paducah, KY  42001-0720
ust         +E-mail/Text: ustpregion08.lo.ecf@usdoj.gov Jun 24 2014 19:04:31    Asst. U.S.Trustee,
             Office of the U.S.Trustee,   601 West Broadway #512,   Louisville, Ky 40202-2229
5514421     +E-mail/Text: bankruptcynotices@fifsg.com Jun 24 2014 19:04:26    1st Investers,
             380 Interstate North Parkway Sutie 300,   Atlanta, GA 30339-2222
5514422     +E-mail/Text: bankruptcynotices@fifsg.com Jun 24 2014 19:04:26    1st Investers,
             380 Interstate North Parkway,   Atlanta, GA 30339-2222
5514424     +EDI: RMSC.COM Jun 24 2014 19:08:00    Am-eagle/GEMB,   Ge Capital Retail Bank/Attention: Bankru,
             Po Box 103104,   Roswell, GA 30076-9104
5514425     +EDI: RMSC.COM Jun 24 2014 19:08:00    Am-eagle/GEMB,   Po Box 965005,   Orlando, FL 32896-5005
5514436      EDI: CAPITALONE.COM Jun 24 2014 19:08:00    Capital 1 Bank,   Po Box 85520,   Richmond, VA 23285
5514433     +EDI: CAPITALONE.COM Jun 24 2014 19:08:00    Cap One,   26525 N Riverwoods Blvd,
             Mettawa, IL 60045-3438
5514434     +EDI: CAPITALONE.COM Jun 24 2014 19:08:00    Cap One Na,   Po Box 26625,
             Richmond, VA 23261-6625
5514435     +EDI: CAPITALONE.COM Jun 24 2014 19:08:00    Capital 1 Bank,   Attn: Bankruptcy Dept.,
             Po Box 30285,   Salt Lake City, UT 84130-0285
5514441     +EDI: WFNNB.COM Jun 24 2014 19:08:00    Comenity Bank/goodys,   Po Box 182789,
             Columbus, OH 43218-2789
5514444     +EDI: RCSFNBMARIN.COM Jun 24 2014 19:08:00    Credit One Bank,   Po Box 98872,
             Las Vegas, NV 89193-8872
5514443     +EDI: RCSFNBMARIN.COM Jun 24 2014 19:08:00    Credit One Bank,   Po Box 98873,
             Las Vegas, NV 89193-8873
5514447     +E-mail/Text: jstauffe_BK@ebay.com Jun 24 2014 19:04:31    E-Bay Inc.,   2145 Hamilton Avenue,
             San Jose, CA 95125-5905

```
District/off: 0644-5          User: aclementi          Page 2 of 3          Date Rcvd: Jun 24, 2014
                             Form ID: 205             Total Noticed: 78
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
5514448       E-mail/Text: bknotice@erccollections.com Jun 24 2014 19:04:39    Enhances Recovery Company, LLC,
              8014 Bayberry Road,  Jacksonville, FL 32256-7412
5514451      +EDI: RMSC.COM Jun 24 2014 19:08:00    GEMB / Old Navy,   Attention: GEMB,  Po Box 103104,
              Roswell, GA 30076-9104
5514452      +EDI: RMSC.COM Jun 24 2014 19:08:00    GEMB / Old Navy,  Po Box 965005,  Orlando, FL 32896-5005
5514454      +EDI: RMSC.COM Jun 24 2014 19:08:00    Gemb/JC Penny,  P.o. Box 965008,  Orlando, FL 32896-5008
5514453      +EDI: RMSC.COM Jun 24 2014 19:08:00    Gemb/JC Penny,   Attention: Bankruptcy,  Po Box 103104,
              Roswell, GA 30076-9104
5514455      +EDI: RMSC.COM Jun 24 2014 19:08:00    Gemb/walmart,  Attn: Bankruptcy,  Po Box 103104,
              Roswell, GA 30076-9104
5514459       EDI: ICSYSTEM.COM Jun 24 2014 19:08:00    IC Systems Collections,  P.O. Box 64378,
              Saint Paul, MN 55164-0378
5514460      +EDI: IRS.COM Jun 24 2014 19:08:00    Internal Revenue Services,  PO Box 621505,
              Atlanta, GA 30362-3005
5514464      +EDI: CBSKOHLS.COM Jun 24 2014 19:08:00    Kohls/capone,  N56 W 17000 Ridgewood Dr,
              Menomonee Falls, WI 53051-7096
5514468      +EDI: LTDFINANCIAL.COM Jun 24 2014 19:08:00    LTD Financial Services,  7322 Southwest Freeway,
              Suite 1600,  Houston, TX 77074-2134
5514469      +EDI: RESURGENT.COM Jun 24 2014 19:08:00    LVNV Funding Inc.,  PO Box 10497,
              Greenville, SC 29603-0497
5514467      +EDI: RMSC.COM Jun 24 2014 19:08:00    Lowes /GECRB,  Po Box 956005,  Orlando, FL 32896-0001
5514466      +EDI: RMSC.COM Jun 24 2014 19:08:00    Lowes /GECRB,   Attention: Bankruptcy Department,
              Po Box 103104,  Roswell, GA 30076-9104
5514474      +E-mail/Text: bankruptcydepartment@ncogroup.com Jun 24 2014 19:04:48    NCO Financial Systems,
              507 Prudential Rd.,  Horsham, PA 19044-2368
5514480       EDI: NEXTEL.COM Jun 24 2014 19:08:00    Sprint,  PO Box 219554,  Kansas City, MO 64121
5514486      +EDI: DRIV.COM Jun 24 2014 19:08:00    Triad Financial Corp/Santander,  5201 Rufe Snow Dr Ste 40,
              North Richland Hills, TX 76180-6036
5514485      +EDI: DRIV.COM Jun 24 2014 19:08:00    Triad Financial Corp/Santander,
              Attn: Bankruptcy Department,  Po Box 105255,  Atlanta, GA 30348-5255
5514490       EDI: VAND.COM Jun 24 2014 19:08:00    Vanderbilt Mortgage,  500 Alcoa Trl,
              Maryville, TN 37804
5514489      +EDI: VAND.COM Jun 24 2014 19:08:00    Vanderbilt Mortgage,  Attn: Bankruptcy Dept,
              P.O. Box 9800,  Maryville, TN 37802-9800
5514493      +EDI: WFNNB.COM Jun 24 2014 19:08:00    Wfnnb/Abarcrormbie,   Attention: Bankruptcy,
              P.O. Box 182685,  Columbus, OH 43218-2685
5514494      +EDI: WFNNB.COM Jun 24 2014 19:08:00    Wfnnb/Abarcrormbie,  Po Box 182789,
              Columbus, OH 43218-2789
5514496      +EDI: WFNNB.COM Jun 24 2014 19:08:00    Wfnnb/Buckle,  Po Box 182273,  Columbus, OH 43218-2273
5514495      +EDI: WFNNB.COM Jun 24 2014 19:08:00    Wfnnb/Buckle,  Attn: Bankruptcy,  P.O. Box 182685,
              Columbus, OH 43218-2685
5514497      +EDI: WFNNB.COM Jun 24 2014 19:08:00    Wfnnb/Limited Too,   Attention: Bankruptcy,
              P.O. Box 182685,  Columbus, OH 43218-2685
5514498      +EDI: WFNNB.COM Jun 24 2014 19:08:00    Wfnnb/Limited Too,  Po Box 182789,
              Columbus, OH 43218-2789
                                                                            TOTAL: 40


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5514427      Ameriloans,  www.finalcollections.amriloan.com
5514450      First Reliance Holdings
5514457    ##+Heights Finance Corp,  1051 Southpoint Cir Ste,  Valparaiso, IN 46385-6256
5514471    ##+MOBILOANS,  151 MELACON ROAD,  Marksville, LA 71351-3065
                                                                    TOTALS: 2, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2014                                        Signature:  /s/Joseph Speetjens

```
District/off: 0644-5        User: aclementi        Page 3 of 3           Date Rcvd: Jun 24, 2014
                           Form ID: 205            Total Noticed: 78
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2014 at the address(es) listed below:
          Asst. U.S.Trustee    ustpregion08.lo.ecf@usdoj.gov
          Deborah B. Simon    trustee@dbsimonlaw.com,  dsimon@ecf.epiqsystems.com;admin@dbsimonlaw.com
          Steve  Vidmer   on behalf of Debtor Bridgett R. Washer svidmerbr@gmail.com,  svidmer@gmail.com
                                                                         TOTAL: 3
```